KATHRYNE SHANNON, Appellant, *v.* MARGARET V. BERGENER, Respondent.

Submitted May 24, 1943; decided June 10, 1943.

*John A. Wallace* for motion to dismiss appeal and in opposition to motion for leave to prosecute appeal as a poor person.

*Arthur H. Ellis* for motion for leave to prosecute appeal as a poor person and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied. Motion to prosecute appeal as a poor person granted.